No. 589. THOMSON SPOT WELDER COMPANY *v.* FORD MOTOR COMPANY. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Frederick P. Fish* for petitioner. No appearance for respondent.

---

No. 637. FEDERAL TRADE COMMISSION *v.* STANDARD OIL COMPANY (NEW JERSEY);

No. 638. FEDERAL TRADE COMMISSION *v.* GULF REFINING COMPANY; and

No. 639. FEDERAL TRADE COMMISSION *v.* MALONEY OIL MANUFACTURING COMPANY. November 13, 1922. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Solicitor General Beck, Mr. Blackburn Esterline,* Assistant to the Solicitor General, *Mr. W. H. Fuller, Mr. Adrien F. Busick* and *Mr. Eugene W. Burr* for petitioner. *Mr. C. D. Chamberlin, Mr. Hubert B. Fuller, Mr. Chester O. Swain* and *Mr. James H. Hayes* for respondents.

---

No. 585. PENNSYLVANIA RAILROAD COMPANY *v.* UNITED STATES RAILROAD LABOR BOARD ET AL. Appeal from the Circuit Court of Appeals for the Seventh Circuit. November 20, 1922. Petition for a writ of certiorari herein granted. *Mr. Timothy J. Scofield, Mr. Frank J. Loesch, Mr. Charles F. Loesch* and *Mr. Robert W. Richards,* for appellant, in support of the petition. *Mr. Solicitor General Beck* and *Mr. Blackburn Esterline,* Assistant to the Solicitor General, for appellees, in opposition to the petition.

---

No. 655. MARGARET C. LYNCH, EXECUTRIX OF E. J. LYNCH, COLLECTOR, ETC., *v.* TILDEN PRODUCE COMPANY. November 20, 1922. Petition for a writ of certiorari to